**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

MILTON WILLIAMS,

                            Plaintiff,

    -against-

ZORO TOOLS, INC.,

                            Defendant.

------------------------------------- x

ORDER

21 Civ. 2401 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's request, with the consent of Plaintiff, to extend the time to respond to the Complaint from June 23, 2021 until July 23, 2021, (ECF No. 15), is GRANTED.

The initial conference is adjourned from June 23, 2021 until August 11, 2021 at 9:30 a.m.

Dated: New York, New York
       June 15, 2021

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge