**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILTON WILLIAMS,

                           Plaintiff,

        -against-

ZORO TOOLS, INC.,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                        <u>ORDER</u>

                              21 Civ. 2401 (GBD)

GEORGE B. DANIELS, United States District Judge:

       In light of the Parties' notice that they have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within forty-five (45) days of this order.

       The Clerk of Court is directed to close the letter motion, (ECF No. 17), accordingly.

Dated: New York, New York
       JUL - 2 2 2021

                               SO ORDERED.

                                *George B. Daniels*

                                GEORGE B. DANIELS
                             UNITED STATES DISTRICT JUDGE